142

THOMAS O. MARSHALL, JR., PLAINTIFF-PETITIONER, v. GEO. M. BREWSTER & SON, INC., ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 68 *N. J. Super.* 399.

*Mr. Stanley W. Greenfield* for the petitioner.

*Mr. James I. Toscano* and *Mr. James A. Major* for the respondents.

October 16, 1961.   Granted.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. ANTHONY FIORE, DEFENDANT-RESPONDENT.

See same case below: 69 *N. J. Super.* 122.

*Messrs. Kein, Scotch & Pollatschek* and *Mr. Sam Weiss* for the petitioner.

*Mr. Albert L. Simpson* for the respondent.

October 16, 1961.   Denied.